IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01629-RPM

SACRED BUFFALO, INC.,

      Plaintiff(s),

v.

PALADIN ENTERPRISES, INC., and
RICK RIPPBERGER,

      Defendant(s).

_____

## ORDER FOR STATUS REPORT

_____

On February 24, 2005, plaintiff filed a Notice to Court on Settlement Efforts,

stating that "counsel will update the Court following slection of the arbitrator."  Nothing

further has been filed with the Court.  It is now

ORDERED that on or before July 18, 2005, the parties shall submit a status

report regarding their efforts to resolve this dispute.

DATED: July 6th, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard  P. Matsch, Senior District Judge