IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01629-RPM

SACRED BUFFALO, INC.,

    Plaintiff(s),

v.

PALADIN ENTERPRISES, INC., and
RICK RIPPBERGER,

    Defendant(s).
_____

ORDER OF DISMISSAL
_____

On March 21, 2006, this Court entered an order to show cause why this civil action should not be dismissed.  The plaintiff filed a response on March 21, 2006, indicating that the arbitration which this Court had suggested had not been accomplished.  The defendants on March 30, 2006, filed a status report, setting forth reasons why the arbitration had not been conducted.  The principal reason stated was that the plaintiff failed to sign an arbitration agreement permitting the arbitration to go forward.  The plaintiff has not filed a reply to contradict what the defendants have said. Accordingly, the Court has accepted the defendants' statement and it is now

ORDERED that this civil action is dismissed for failure to prosecute.

DATED: May 11th , 2006

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard  P. Matsch, Senior District Judge